# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 973-179**

\* \*

**Effective date of registration:**

December 5, 2008

## Title
- **Title of Work:** MODULATED SOLAR AIRFRAME
- **Nature of Work:** GLASS SCULPTURE

## Completion/Publication
- **Year of Completion:** 1980

## Author
- **Author:** TOM PATTI
- **Author Created:** 3-Dimensional sculpture
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1943
- **Anonymous:** No      **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Tom Patti
  10 Federico Drive, Pittsfield, MA 01201

## Limitation of copyright claim
- **Previously registered:** No
- **Basis of current registration:** This is the first application submitted by this author as claimant.

## Certification
- **Name:** Bryan J. Sommese, authorized agent of TOM PATTI
- **Date:** December 3, 2008

---

**Correspondence:** Yes

# Exhibit B